**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | FILED: AUGUST 29, 2008<br>08CV4955<br>JUDGE GUZMAN |
| Plaintiffs, | ) ) | MAGISTRATE JUDGE COLE<br>BR |
| v. | ) No. ) Judge | |
| BIG O TRUCKS, INCORPORATED, an Illinois corporation | ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT

Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds"), by their attorneys, John J. Toomey, of Arnold and Kadjan, complain against Defendant, BIG O TRUCKS, INCORPORATED an Illinois corporation, as follows:

### COUNT I

### JURISDICTION AND VENUE

1.  (a)  Jurisdiction of this cause is based upon Section 502 of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132 ("ERISA") and 29 U.S.C. 1145 as amended.

(b)  Venue is founded pursuant to 29 U.S.C. Section 1132(e) (2) in this district, where the Funds as described in Paragraph 2, are administered and 185(c).

### PARTIES

2.  (a)  Plaintiffs are the TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS ("Funds") and have standing to sue pursuant to 29 U.S.C. 1132(a)(3).

(b)      The SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS have been established pursuant to collective bargaining agreements previously entered into between the International Brotherhood of Teamsters and its affiliated locals ("the Union") and Employers;

(c)      The Funds are maintained and administered in accordance with and pursuant to the provisions of the National Labor Relations Act, as amended, and other applicable state and federal laws, and also pursuant to the terms and provisions of the Agreements and Declarations of Trust which establish the Funds.

3.      (a)      BIG O TRUCKS, INCORPORATED an Illinois corporation, employs employees represented by the Union and is bound to make contributions for weeks worked by all employees and upon subcontractors who perform work which would otherwise be performed by employees.

(b)      BIG O TRUCKS, INCORPORATED is an Illinois corporation, with its principal place of business at Morris, Illinois.

(c)      BIG O TRUCKS, INCORPORATED an Illinois corporation, is an employer engaged in an industry affecting commerce.

4.      BIG O TRUCKS, INCORPORATED an Illinois corporation, entered into an Area Construction Agreements with Teamsters 179 for periods from June, 2003 through May 31, 2009 which require contributions to the Funds pursuant to 29 U.S.C. 1145.

5.      Pursuant to the collective bargaining agreements between BIG O TRUCKS, INCORPORATED, an Illinois corporation and the Union, BIG O TRUCKS, INCORPORATED, has failed and continues to fail to make its obligated contributions to the Fund for the period January, 2005 through December, 2007, as disclosed in an audit which took place on March 25, 2008.

6.      The audit disclosed $4,876.06 due the Pension Fund and $6,361.94 due the Welfare Fund for a total of $11,238.00.

WHEREFORE, Plaintiffs pray:

A.      This court enter judgment in favor of the Plaintiffs and against BIG O TRUCKS, INCORPORATED, an Illinois corporation, in the amount of the audit, $11,238.00.

B.      That this court award the plaintiffs their attorneys' fees, costs, interest, and liquidated damages pursuant to 29 U.S.C. 1132(g)(2) and the relevant collective bargaining agreements and trust agreements.

C.      That the Court grant such further relief as is proper.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____
                One of Its Attorneys

John J. Toomey
ARNOLD AND KADJAN
19 West Jackson Boulevard
Chicago, Illinois  60604
(312) 236-0415

3

# EXHIBIT A

Big O Trucks Inc.

# TEAMSTERS LOCAL 179

### An Affiliate of the
### INTERNATIONAL BROTHERHOOD OF TEAMSTERS

# OWNER OPERATOR / AREA CONSTRUCTION
# AGREEMENT



# JUNE 1, 2006 THROUGH MAY 31, 2009



Larry Olson
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

AREA CONSTRUCTION AGREEMENT
UNION SHOP OF
JOINT COUNCIL NO. 25
AGREEMENT BETWEEN
TEAMSTERS LOCAL NO. 179

JUNE 1, 2003 THROUGH MAY 31, 2006