IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>Plaintiff,<br><br>v.<br><br>BIG O TRUCKS, INCORPORATED an Illinois corporation<br><br>Defendant. | No. 08 C 4955<br><br>Judge Guzman<br><br>Magistrate Judge Cole |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on August 29, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service upon the Defendant, BIG O TRUCKS INCORPORATED, an Illinois corporation, through the Illinois Secretary of State, on September 26 2008 and a copy of the proof of service was filed with the court on October 1, 2008.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

$6,361.94 Welfare
$4,876.06 Pension
$925.00 Attorneys fees
$425.00 Court costs
$12,588.00

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, BIG O TRUCKS, INCORPORATED, an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $12,588.00.

                TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

By: _____ 1/24/08
        One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

**Service of Process:**

1:08-cv-04955 Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. Big O Trucks, Incorporated
COLE

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 3.2.2

**Notice of Electronic Filing**

The following transaction was entered by Toomey, John on 10/1/2008 at 11:27 AM CDT and filed on 10/1/2008

**Case Name:** Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds v. Big O Trucks, Incorporated
**Case Number:** 1:08-cv-4955
**Filer:** Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds
**Document Number:** 7

Docket Text:
**AFFIDAVIT of Service filed by Plaintiff Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds regarding Alias Summons and Complaint served on Illinois Secretary of State on September 26, 2008 (Toomey, John)**


**1:08-cv-4955 Notice has been electronically mailed to:**

John Joseph Toomey    jtoomey100@hotmail.com

**1:08-cv-4955 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040059490 [Date=10/1/2008] [FileNumber=5286423-0
] [105d04133a241c905b60f88476b66778085b20f56444c2dec25a3db15782746c735
7bc8eab2475d306d8b31501664ffac12afa9f85c096efc6febb48d48623a0]]

| Form **BCA-5.25** (Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE | File # 61298517 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>Telephone (217) 524-6748<br>www.cyberdriveillinois.com | **FILED**<br>SEP 29 2008<br>JESSE WHITE<br>SECRETARY OF STATE | **SUBMIT IN DUPLICATE**<br>This space for use by Secretary of State<br>Date 9-29-08<br>Filing Fee $10.00<br>Approved: |
| *Remit payment in check or money order, payable to "Secretary of State."* | | |

1. Title of the case and number of the case:

   Trustees of the Suburban Teamsters of Northern Illinois Welfare and Pension Funds — first named plaintiff

   v.

   Big O Trucks Incorporated, an Illinois corporation — first named defendant

   Number   08 C 4955

2. Name of the corporation being served: Big O Trucks, Incorporated, an Illinois corporation

3. Title of the court in which an action, suit or proceeding has been commenced: United States District Court for the Northern District of Illinois

4. Title of the instrument being served: Alias Summons and Complaint at Law

5. Basis for service on the Secretary of State (Check and complete appropriate box):

   a. [x] The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. [ ] The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. [ ] The corporation was dissolved on _____ (Month & Day), _____ (Year); the conditions of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within 5 years thereafter.

   d. [ ] The corporation's certificate of authority to transact business in Illinois has been (withdrawn)/(revoked) on _____ (Month & Day), _____ (Year).

   e. [ ] The corporation is a foreign corporation that has transacted business in Illinois without procuring a certificate of authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned has caused a copy of the attached process, notice or demand to be sent, by certified or registered mail: 8095 E. Blanchard Circle, Morris, Illinois 60450

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true.

   Signature of Affiant: [signed]   John J. Toomey   September 24, 2008

   Telephone Number: (312) 236-0415

RETURN TO: PLEASE TYPE OR PRINT CLEARLY

John J. Toomey
Arnold and Kadjan
*Name*
19 W. Jackson Boulevard, Suite 300
*Street*
Chicago, Illinois 60604
*City/Town   State   ZIP*

**TENDERED CHICAGO CORP. DEPARTMENT**

**SEP 2 6 2008**

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW BY SPRINGFIELD OFFICE

C-213.9

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
# ALIAS SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) Docket Number: 08 C 4955 ) ) Judge Guzman ) |
| v. | ) ) Magistrate Judge Cole ) |
| BIG O TRUCKS, INCORPORATED., an Illinois corporation | ) ) ) ) |

TO:   (Name and address of defendant)

> BIG O TRUCKS, INCORPORATED
> an Illinois corporation
> c/o Secretary of State
> 69 W. Washington Street
> Suite 1240
> Chicago, Illinois

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

> JOHN J. TOOMEY
> ARNOLD AND KADJAN
> 19 W. Jackson Boulevard, Suite 300
> Chicago, Illinois  60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
Michael W. Dobbins, Clerk                                         Date

_____
(by) Deputy Clerk