IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND AND WELFARE FUNDS,<br><br>      Plaintiff,<br><br>v.<br><br>BIG O TRUCKS, INCORPORATED an Illinois corporation<br><br>      Defendant. | No. 08 C 4955<br><br>Judge Guzman<br><br>Magistrate Judge Cole |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on August 29, 2008 for collection of delinquent contributions, attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Corporate service upon the Defendant, BIG O TRUCKS INCORPORATED, an Illinois corporation, through the Illinois Secretary of State, on September 26 2008 and a copy of the proof of service was filed with the court on October 1, 2008.

3. Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

      $6,361.94  Welfare
      $4,876.06  Pension
        $925.00   Attorneys fees
        <u>$425.00</u>   Court costs
     $12,588.00

WHEREFORE, Plaintiff prays for the entry of judgment against Defendant, BIG O TRUCKS, INCORPORATED, an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $12,588.00.

          TRUSTEES OF THE SUBURBAN TEAMSTERS
          OF NORTHERN ILLINOIS WELFARE AND
          PENSION FUNDS

          By: _____
                One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

# RECEIVED

DEC 08 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) Docket Number: 08 C 4955 ) ) Judge Guzman ) |
| v. | ) Magistrate Judge Cole ) |
| BIG O TRUCKS, INCORPORATED, an Illinois corporation | ) ) ) |

TO: (Name and address of defendant)

BIG O TRUCKS, INCORPORATED,
an Illinois corporation
c/o Its Registered Agent
Rudy Luevano
341 Independence Boulevard
Romeoville, Illinois 60446

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY:

JOHN J. TOOMEY
ARNOLD AND KADJAN
19 W. Jackson Boulevard, Suite 300
Chicago, Illinois 60604

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS                              DEC 0 8 2008
_____                      _____
Michael W. Dobbins, Clerk                       Date

_Anya Elles_
(by) Deputy Clerk

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me.

DATE 12/9/08 @ 11:05 am

NAME OF SERVER (PRINT) Brian Riebel

TITLE Process Server

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: Served Big O Trucks c/o Reg Asnt Rudy Lewvaro at accounting office; 341 Independence Blvd Romeoville IL (W/m 50-55 blackhair,

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICES FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/9/08
             Date

Signature of Server

Address of Server

THE ARGUS AGENCY INC
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068